John W. Carpenter (SBN 221708)
Law Offices of John W. Carpenter LLC
12 Metairie Court
Metairie, LA 70001
Telephone: (415) 577-0698
Facsimile: (866) 410-6248
john@jwcarpenterlaw.com

*Attorney for Plaintiff*
*Technology Licensing Company, Inc*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SKYWORTH ELECTRONICS, INC. <br><br> Defendant. | No. CV 11-03862 MEJ <br><br> **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** <br><br> MAGISTRATE JUDGE: Hon. Maria-Elena James |

Pursuant to a confidential settlement agreement and release, IT IS HEREBY

STIPULATED by and between Plaintiff TECHNOLOGY LICENSING COMPANY, INC

("TLC")  and Defendant Skyworth Electronics, Inc.  (**"SKYWORTH"**), through their counsel

of record, that the above-captioned action, including all claims and counterclaims, be and hereby

is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party

shall bear its own costs.

Dated:  October 27, 2011

LAW OFFICES OF JOHN W. CARPENTER  LLC


  /s/ John W. Carpenter
John W. Carpenter

Attorney for Plaintiff
Technology Licensing Company Inc.


Dated:  October 27, 2011

SKYWORTH  ELECTRONICS, INC.


  /s/ John P. Fry
John P. Fry

Morris, Manning & Martin LLP
1600 Atlanta Financial Center
3343 Peachtree Road  NE
Atlanta Georgia 30326
404.504.7728 (W)
404.210.5841 (M)
jfry@mmmlaw.com


Attorney for Defendant
Skyworth Electronics, Inc


### FILER'S ATTESTATION PURSUANT TO GENERAL ORDER NO. 45

Pursuant to Section X(B) of General Order No. 45 concerning signatures, filer John W. Carpenter hereby attests that concurrence in the filing of this document has been obtained.


  /s/ John W. Carpenter
John W. Carpenter

Attorney for Plaintiff
Technology Licensing Company Inc.

1

## **ORDER**

2

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO

3
ORDERED.

4

Dated  October ___26___, 2011

5
_____

6
Hon. Maria-Elena James
United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28