1 John W. Carpenter (SBN 221708)
Law Offices of John W. Carpenter LLC
2 12 Metairie Court
Metairie, LA 70001
3 Telephone: (415) 577-0698
Facsimile: (866) 410-6248
4 john@jwcarpenterlaw.com

5 *Attorney for Plaintiff
Technology Licensing Company, Inc*
6

7
**UNITED STATES DISTRICT COURT**
8
**NORTHERN DISTRICT OF CALIFORNIA**
9
**SAN FRANCISCO DIVISION**
10

11
| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC., | No. CV 11-03862 MEJ |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |
| SKYWORTH ELECTRONICS, INC. | |
| Defendant. | MAGISTRATE JUDGE: Hon. Maria-Elena James |

Pursuant to a confidential settlement agreement and release, IT IS HEREBY STIPULATED by and between Plaintiff TECHNOLOGY LICENSING COMPANY, INC ("TLC") and Defendant Skyworth Electronics, Inc. ("SKYWORTH"), through their counsel of record, that the above-captioned action, including all claims and counterclaims, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own costs.

Dated: October 27, 2011    LAW OFFICES OF JOHN W. CARPENTER LLC


    /s/ John W. Carpenter
John W. Carpenter

Attorney for Plaintiff
Technology Licensing Company Inc.


Dated: October 27, 2011    SKYWORTH ELECTRONICS, INC.


    /s/ John P. Fry
John P. Fry

Morris, Manning & Martin LLP
1600 Atlanta Financial Center
3343 Peachtree Road NE
Atlanta Georgia 30326
404.504.7728 (W)
404.210.5841 (M)
jfry@mmmlaw.com

Attorney for Defendant
Skyworth Electronics, Inc

## FILER'S ATTESTATION PURSUANT TO GENERAL ORDER NO. 45

Pursuant to Section X(B) of General Order No. 45 concerning signatures, filer John W. Carpenter hereby attests that concurrence in the filing of this document has been obtained.


    /s/ John W. Carpenter
John W. Carpenter

Attorney for Plaintiff
Technology Licensing Company Inc.

**ORDER**

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated October 26, 2011

_____
Hon. Maria-Elena James
United States Magistrate Judge